**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 26-cv-24295-DPG**

**CENTURY RESEARCH LLC,**

    **Plaintiff,**

**v.**

**BOSTON PHARMACEUTICALS INC.,**
**And PROSCIENTO INC.,**

    **Defendants**.

_____/

**ORDER**

**THIS CAUSE** comes before the Court on Motion to Withdraw as Counsel for Plaintiff (the "Motion"). [ECF No. 7]. The Court, having reviewed the Motion and being otherwise fully advised on the premises, hereby **ORDERS AND ADJUDGES** as follows:

1.    The Motion is **GRANTED**.

2.    Omar Ortega, Rosdaisy Rodriguez Arriaga, Victor Alexis Santana, and the law firm of Dorta & Ortega, P.A., are permitted to withdraw as Plaintiff's counsel of record in this action.

3.    Within **twenty (20) days** of the entry of this Order, Plaintiff shall retain new counsel, who shall file a Notice of Appearance in this action.

4.    If Plaintiff fails to retain new counsel, Defendants shall move for dismissal.

5.    All documents, correspondence, pleadings, motions, and other filings shall be served on Plaintiff Century Research LLC at 7481 SW 40th St., Miami, Florida, 33155, and via electronic mail at osmel@centuryresearchllc.com.

2

6.      Within **two (2) days** of the entry of this Order, Omar Ortega, Rosdaisy Rodriguez

Arriaga, and Victor Alexis Santana shall provide a copy of this Order to Plaintiff

Century Research LLC.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of June, 2026.

_____

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

2